IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-196-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ZACHARY TRISTIAN BATIE, | ) | |
| | ) | |
| Defendant. | ) | |

On January 3, 2022, Zachary Tristian Batie ("Batie") moved for "concurrent vs. consecutive determination" [D.E. 47]. On February 24, 2022, the government responded in opposition [D.E. 50]. On March 28, 2022, Batie replied [D.E. 51]. For the reasons stated in the government's response in opposition, defendant's motion [D.E. 47] is DENIED.

SO ORDERED. This 15 day of April, 2022.

JAMES C. DEVER III
United States District Judge